■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC JACKSON, Appellant. [872 NYS2d 350]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered June 15, 2007. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. HUNT, Appellant. [872 NYS2d 687]—Appeal from an order of the Cayuga County Court (Thomas G. Leone, J.), entered August 16, 2007. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.